IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LATASHA A. RAYFORD, as Guardian of LAVONTE D. RAYFORD, a Disabled Person,<br><br>      Plaintiff,<br><br>v.<br><br>KYLE HEINS,<br><br>      Defendant. | Case No. 21-CV-00952-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 24, 2025 (Doc. 113), this matter is **DISMISSED with prejudice**.

**DATED: September 24, 2025**

                              MONICA A. STUMP,
                              Clerk of Court


                              By: *s/ Jackie Muckensturm*
                                  Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
                STEPHEN P. MCGLYNN
                U.S. District Judge